IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS<br><br>vs.<br><br>L.H.R. FARMS, INC., HULSEY ENVIRONMENTAL SERVICES, INC., JOHN B. HULSEY, JR., and DEVIN WHITE<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 2:09-CV-00121-RWS<br>**FILED UNDER SEAL PER STIPULATED PROTECTIVE ORDER ENTERED JANUARY 21, 2011 (DOC. NO. 66)** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties, through undersigned counsel, hereby stipulate that the above-styled action and all claims asserted by the Parties herein are hereby dismissed with prejudice. Each party shall bear its own costs.

SO STIPULATED, this 23rd day of May, 2011.

| | |
|---|---|
| WEISSMAN, NOWACK, CURRY & WILCO, P.C. | JAMES M. WALTERS |
| s/ Rahul Karnani<br>Rahul Karnani<br>Georgia Bar Number 407977<br>Linda B. Foster<br>Georgia Bar Number 081535<br>*Attorneys for Plaintiffs* | s/ James M. Walters<br>James M. Walters<br>Georgia Bar Number 735750<br>*Attorney for Defendants* |
| One Alliance Center<br>3500 Lenox Road, 4th Floor<br>Atlanta, Georgia 30326<br>(404) 926-4500<br>Fax (404) 926-4600 | Suite 103<br>311 Green St.<br>Gainesville, Georgia 30501<br>(770) 536-3264 |